Núm. 7733.—J. M. Portela & Cía., S. en C., aplda. v. Sancho Bonet, Tes., etc., apltes.—C. D. San Juan. ▉▉▉▉▉▉ Julio 14, 1939.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso Núm. 7732, *Barceló, Marqués & Co., S. en C. v. R. Sancho Bonet, Tesorero de Puerto Rico, et al.*, sobre *injunction* (ante, pág. 284), se revoca la resolución apelada que dictó la Corte de Distrito de San Juan con fecha 25 de febrero de 1938 en el caso de epígrafe, y se devuelve el mismo a la corte de distrito de su origen para ulteriores procedimientos no inconsistentes con la referida opinión.

El Juez Asociado Sr. Travieso no intervino.